JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VANDERDOES, | ) Case No. EDCV 11-0067-DTB |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 16, 2011

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE